IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Scott, Glenn D

Printed: 12/28/07

Case Number:  05 B 20611
Judge:  Hollis, Pamela S
Filed:  5/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  December 21, 2007
Confirmed:  July 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,632.50 |  |
| Secured: |  | 2,612.06 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,744.00 |
| Trustee Fee: |  | 276.44 |
| Other Funds: |  | 0.00 |
| Totals: | 5,632.50 | 5,632.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | General Motors Acceptance Corp | Administrative | 350.00 | 350.00 |
| 2. | Zalutsky & Pinski Ltd | Administrative | 2,394.00 | 2,394.00 |
| 3. | General Motors Acceptance Corp | Secured | 2,900.94 | 2,612.06 |
| 4. | American General Finance | Unsecured | 468.67 | 0.00 |
| 5. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 6. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 7. | Pay Day Loans | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 6,113.61 | $ 5,356.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 23.84 |
| 5.5% | 138.44 |
| 5% | 39.75 |
| 4.8% | 63.61 |
| 5.4% | 10.80 |
|  | _____ |
|  | $ 276.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Scott, Glenn D | Case Number:  05 B 20611 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/28/07 | Filed:  5/23/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

